IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ELIZABETH R. BRYANT,

                                      Plaintiff,

v.                                          Action No. 3:08–CV–719

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,

                                      Defendant.

## **FINAL ORDER**

For the reasons stated in the accompanying memorandum opinion, Plaintiff's objections are OVERRULED and the Court ADOPTS Judge Dohnal's Report and Recommendation (Docket No. 11), DENYING Bryant's Motion for Summary Judgment (Docket No. 6), GRANTING the Commissioner of Social Security's Motion for Summary Judgment (Docket No. 9), and AFFIRMING the Commissioner's decision denying benefits to Bryant.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

                                                              /s/
                                         James R. Spencer
                                         Chief United States District Judge

Entered this  17th  day of March 2010